| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 053L 2:20CR00092-004 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | 4:24-cr-00515 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ishais Price<br>Texas | Louisiana Eastern | New Orleans |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Sarah S. Vance | |

TRUE COPY I CERTIFY
ATTEST: October 01, 2024
NATHAN OCHSNER, Clerk of Court
By: s/ Antonio B. Banda
Deputy Clerk

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM April 6, 2023 | TO April 5, 2026 |
|---|---|---|

**OFFENSE**

18 U.S.C. §§ 371, 1341 - Conspiracy to Commit Mail Fraud

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Violation of Supervision

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    EASTERN    DISTRICT OF    LOUISIANA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    Southern District of Texas (Houston Division)    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

9/16/2024
Date

*signature*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    SOUTHERN    DISTRICT OF    TEXAS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/1/2024
Effective Date

*signature*
United States District Judge

1