**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **NO. 20-CR-00092** |
| **VS.** | * | **SECTION: "R"** |
| **ISHAIS PRICE** | * | **MAGISTRATE ( )** |

* * *

# <u>UNITED STATES' CERTIFICATE OF SERVICE</u>

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes plaintiff, the United States of America, and hereby certifies under 28 U.S.C. §§ 3004(c) and 3205(c)(3) that copies of the Writ of Garnishment, the Clerk's Notice to Judgment Debtor, the Claim for Exemption Form, and the instructions required by 28 U.S.C. § 3305(c)(3)(B) were served upon the judgment debtor, **Ishais Price** by FedEx, on January 19, 2026. *See* Ex. 1.

The United States further certifies that the Writ of Garnishment and the instructions required by 28 U.S.C. § 3205(c)(3)(A) were served upon the garnishee, **Twomagnets LLC, d/b/a Clipboard Health**, by U.S. Postal Service, Certified Mail, Return Receipt Requested, on July 20, 2026. *See* Ex. 1.

Respectfully Submitted,

DAVID I. COURCELLE
UNITED STATES ATTORNEY

*s/ Churita H. Hansell*

Churita H. Hansell (#25694)
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3000
Facsimile: (504) 589-4014
Churita.Hansell@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon the following non-CM/ECF participant(s) via first-class United States Mail, postage prepaid, on this 24th day of August, 2026.

Ishais Price
300 Kirkstall Drive
Apt. 300
Houston, TX 77090-6436

*s/ Churita H. Hansell*
Churita H. Hansell
Assistant United States Attorney