SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Twomagnets LLC, d/b/a Clipboard Health
Attn: Onboarding and Compliance
440 N. Barranca Ave., #5028
Convina, CA 91723

9590 9402 7365 2028 0670 35

2. Article Number *(Transfer from service label)*

9589 0710 5270 1973 4287 51

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X

☑ Agent
☐ Addressee

B. Received by *(Printed Name)* John Paytin

C. Date of Delivery 7/20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING #

9590 9402 7365 2028 0670 35

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

U.S. Attorney's Office
650 Poydras St., Ste. 1600
New Orleans, LA 70130-9966
**Attn: MPRU/C. Garcia**

I. Price

**Exhibit 1**

**ALERT: IMPACTS FROM SEVERE WEATHER IN THE MID-SOUTH REGION OF THE U.S. AND WI...**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

**9589071052701973428751**

Copy   Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 12:25 pm on July 20, 2026 in COVINA, CA 91723.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Left with Individual**

COVINA, CA 91723
July 20, 2026 12:25 PM

**See All Tracking History**

**What Do USPS Tracking Statuses Mean?**

Feedback

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

**See Less**

FedEx Express Package US Airbill

FedEx Tracking Number 8175 7315 1066

Form ID No. 0215

Sender's Copy

**1 From** *Please print and press hard.*

Date 1/08/2026 Sender's FedEx Account Number

Sender's Name Charite H. Hansell Phone (504) 680-3000

Company

Address

Dept./Floor/Suite/Room

City State ZIP

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3 To**
Recipient's Name Ishais Price Phone (504

Company

Address 300 Kingstall Drive Apt 302
We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept./Floor/Suite/Room

Hold Weekday — FedEx location address REQUIRED. FedEx First Overnight.

Hold Saturday — FedEx location address REQUIRED. FedEx Priority Overnight and FedEx 2Day to select locations.

Address
Use this line for the HOLD location address or for continuation of your shipping address.

City Houston State TX ZIP 77090

Deliveries when and where you want.
Learn about FedEx Delivery Manager at fedex.com/delivery

**4 Express Package Service** * To most locations.
Packages up to 150 lbs. For packages over 150 lbs., use the FedEx Express Freight US Airbill.

Next Business Day

- [ ] FedEx First Overnight — Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.
- [ ] FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.
- [ ] FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.

2 or 3 Business Days

- [ ] FedEx 2Day A.M. — Second business morning.* Saturday Delivery NOT available.
- [x] FedEx 2Day — Second business afternoon.* Thursday shipments will be delivered on Monday unless Saturday Delivery is selected.
- [ ] FedEx Express Saver — Third business day.* Saturday Delivery NOT available.

**5 Packaging** * Declared value limit $500.

- [x] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options** Fees may apply. See the FedEx Service Guide.

- [ ] Saturday Delivery — NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.
- [x] No Signature Required — Package may be left without obtaining a signature for delivery.
- [ ] Direct Signature — Someone at recipient's address may sign for delivery.
- [ ] Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

Does this shipment contain dangerous goods? One box must be checked.

- [x] No
- [ ] Yes — As per attached Shipper's Declaration.
- [ ] Yes — Shipper's Declaration not required.
- [ ] Dry Ice — Dry Ice, 9, UN 1845 ____ x ____ kg
- [ ] Cargo Aircraft Only

Restrictions apply for dangerous goods — see the current FedEx Service Guide.

**7 Payment** *Bill to:*
This airbill can be used only when billing to a FedEx account number. For cash, check, or credit card transactions, please go to a staffed shipping location.

Enter FedEx Acct. No. below

- [x] Sender — Acct. No. in Section 1 will be billed.
- [ ] Recipient
- [ ] Third Party

FedEx Acct. No.

Total Packages | Total Weight | Total Declared Value†

lbs $ .00

†Our liability is limited to US$100 unless you declare a higher value. See back for details. By using this airbill you agree to the service conditions on the back of this airbill and in the current FedEx Service Guide, including terms that limit our liability.

611

Rev. Date 3/15 • Part #163134 • ©1994–2015 FedEx • PRINTED IN U.S.A.

FedEx

March 18, 2026

Dear Customer,

The following is the proof-of-delivery for tracking number: 817573151066

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | Signature not required | **Delivery Location:** | |
| **Service type:** | FedEx 2Day | | |
| **Special Handling:** | Deliver Weekday;<br>Residential Delivery;<br>No Signature Required | | HOUSTON, TX, |
| | | **Delivery date:** | Jan 14, 2026 10:52 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 817573151066 | **Ship Date:** | Jan 8, 2026 |
| | | **Weight:** | |
| **Recipient:** | | **Shipper:** | |
| HOUSTON, TX, US, | | NEW ORLEANS, LA, US, | |